D. Blair Clark
LAW OFFICES OF D. BLAIR CLARK PC
967 E. Parkcenter Blvd., #282
Boise, ID 83706
Phone: (208) 475-2050
Fax: (208) 475-2055
Email: dbc@dbclarklaw.com
Idaho State Bar No. 1367
Attorneys for Debtors

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF IDAHO

| In re: | Case No. 22-00033-NGH |
|---|---|
| **LANE, ROBERT DEAN AND LANE, RAQUEL RUTH** | **DEBTORS' RESPONSE TO TRUSTEE'S OBJECTIONS TO EXEMPTIONS** |
| Debtors. | |

     COME NOW the Debtors, and respond to the Objections to Claims of Exemption, Docket 30, as it is vague and ambiguous.   The exempt and non-exempt allocation cannot be determined as to what is or is not exempt until it is determined whether the amount sought to be recovered by Trustee is in excess of the amount exempt for personal service earnings.   Debtors request Trustee amend his Objection to state how much and which accounts receivable he objects to.   Thereafter, an evidentiary hearing may be required to determine the proper exempt amount.

     Dated this 16th day of June, 2022

RESPONSE TO OBJECTIONS TO CLAIMS OF EXEMPTIONS - Page 1

LAW OFFICES OF D. BLAIR CLARK PC


/S/
by_____
D. Blair Clark
Attorneys for Debtors

## CERTIFICATE OF SERVICE

    I hereby certify that on this 16th day of June, 2022, I caused to be served a true and correct copy of the foregoing by ECF to the following:

Patrick Geile, Trustee
US Trustee
All registered ECF participants


  /s/ D. Blair Clark
D. Blair Clark

RESPONSE TO OBJECTIONS TO CLAIMS OF EXEMPTIONS - Page 2